■ FINANCIAL STRUCTURES LIMITED et al., Appellants, v UBS AG et al., Respondents. [4 NYS3d 5]—

Judgment, Supreme Court, New York County (Saliann Scarpulla, J.), entered April 11, 2014, dismissing plaintiffs' complaint pursuant to an order, same court and Justice,

entered April 9, 2014, which, insofar as appealed from as limited by the briefs, had granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, with costs. Appeal from the aforesaid order, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

The alleged oral representation made by one of defendants' representatives to one of plaintiffs' representatives regarding defendants' management of the reference pools at issue is insufficient to raise a triable issue of fact as to the existence of a legally binding oral side agreement between the parties. The evidence, as a whole, including several written agreements between the sophisticated commercial parties documenting the terms of defendants' management obligations with no mention made of the alleged oral representation, demonstrates the lack of an oral agreement (*see Zheng v City of New York*, 19 NY3d 556, 575 [2012]).

We have considered plaintiffs' remaining contentions and find them unavailing. Concur—Tom, J.P., Friedman, Andrias, DeGrasse and Gische, JJ. **[Prior Case History: 2014 NY Slip Op 30919(U).]**